**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                              NO. 4:14CM00030-01 JLH

CODY R. MARTIN                                                                            DEFENDANT

## ORDER

This matter is an appeal of United States Magistrate Judge Beth Deere's judgment and sentencing in case number 4:14CR00030 BD. Martin's brief will be due thirty (30) days after receipt and filing of the transcript in this case. The government will have thirty (30) days thereafter to submit its brief. If Martin chooses to file a reply brief, it must be filed within fifteen (15) days of filing of the government's brief.

IT IS SO ORDERED this 9th day of April, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE