**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                      PLAINTIFF

v.                                            No. 4:14CM00030 JLH

CODY R. MARTIN                                                                                   DEFENDANT

## JUDGMENT

Pursuant to the Opinion entered separately today, the judgment convicting Cody R. Martin and imposing a fine of $400.00 plus a $10.00 special assessment is affirmed. The appeal is hereby dismissed with prejudice.

IT IS SO ORDERED this 3rd day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE